# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

KENNETH TELFAIR NEWSOME, II, )
)
   Plaintiff, )
)
v. )   Case No. CV405-42
)
CHATHAM COUNTY DETENTION )
CENTER; PRISON HEALTH )
SERVICES, INC.; DR. JACKSON, )
NURSE SIMMONS; and NURSE )
McIVORY, )
)
   Defendants. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 20 day of June, 2005.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA