FILED
U.S. DISTRICT COURT
SAV. DIV.
2009 MAY 26 PM 3: 18
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

KENNETH TELFAIR NEWSOME, II, )
)
    Plaintiff, )
)
v. ) Case No. CV405-042
)
PRISON HEALTH SERVICES, INC.; )
DR. LINDSEY JACKSON; NURSE )
JANICE SIMMONS; and NURSE )
SANDRA McIVORY, )
)
    Defendants. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 26 day of May, 2009.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA